UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ANNETTE SOTO-RAMIREZ,

           Plaintiff,

v.                                                                              Case No.  5:08-cv-112-Oc-10GRJ

MICHAEL J. ASTRUE, Commissioner of Social
Security,

           Defendant.
_____/

## **REPORT AND RECOMMENDATION**[1]

Pending before the Court is Plaintiff's Motion And Memo To Proceed *In Forma Pauperis* Pursuant To 28 U.S.C. Section 1915. (Doc. 2.) Plaintiff represents that she is disabled and unable to pay the fees and costs of pursuing this action and therefore requests that the Court authorize her to proceed *in forma pauperis*.

Pursuant to 28 U.S.C. § 1915, the Court "*may* authorize the commencement, prosecution or defense of any suit, action or proceeding . . . without prepayment of fees or security therefor, by a person who submits an affidavit that includes a statement of all assets." (*Emphasis added*.) The Court has carefully reviewed the Affidavit of Indigency (Doc. 3) submitted by Plaintiff and concludes that Plaintiff has *not* met the burden of showing that she is unable to pay the filing fees and costs associated with pursuing this action.

Plaintiff's Affidavit of Indigency shows that she has approximately $2,500 in cash

---

[1]Specific written objections may be filed in accordance with 28 U.S.C. § 636, and Rule 6.02, Local Rules, M.D. Fla., within ten (10) days after service of this report and recommendation.  Failure to file timely objections shall bar the party from a *de novo* determination by a district judge and from attacking factual findings on appeal.

in financial institutions. In addition, the Affidavit shows that Plaintiff has approximately $65,000 of equity in a house worth $325,000 she owns with her husband. Lastly, Plaintiff pays a total of $1080 per month for the lease of a 2006 Nissan Maxima and for the lease of a 2007 Lincoln MKS. Based upon these financial disclosures, the Plaintiff has the means to pay the $350 filing fee associated with pursuing this action.

Accordingly, the Court finds that Plaintiff has not met her burden of showing that she is unable to pay the filing fees and costs associated with pursuing her claim in this Court. Therefore, it is respectfully **RECOMMENDED** that Plaintiff's Motion And Memo To Proceed *In Forma Pauperis* Pursuant To 28 U.S.C. Section 1915 (Doc. 2) be **DENIED** and that Plaintiff be directed to pay the required filing fee of $350.000, failing which her complaint should be dismissed.

**IN CHAMBERS** in Ocala, Florida, on March 19, 2008.

*[signature]*
GARY R. JONES
United States Magistrate Judge

Copies to:

The Honorable Wm. Terrell Hodges
Senior United States District Judge

Counsel of Record