UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ANNETTE SOTO-RAMIREZ,

          Plaintiff,

-vs-                                            Case No. 5:08-cv-112-Oc-10GRJ

MICHAEL J. ASTRUE, Commissioner of
Social Security,

          Defendant.
_____/

## **O R D E R**

The United States Magistrate Judge has issued a report, (Doc. 4), recommending that the Plaintiff's Motion to Proceed *In Forma Pauperis* Pursuant To 28 U.S.C. § 1915, (Doc. 2), be denied, and that the Plaintiff be directed to pay the required filing fee of $350.00, failing which her complaint should be dismissed. The Plaintiff has not filed any objections to the report, and the time for objecting has expired. Instead, the docket reflects that the Plaintiff paid the $350.00 filing fee on April 2, 2008.

Accordingly, upon an independent examination of the file and upon due consideration, the report and recommendation of the Magistrate Judge (Doc. 4) is adopted, confirmed and made a part hereof, and the Plaintiff's Motion to Proceed *In Forma Pauperis* Pursuant To 28 U.S.C. § 1915, (Doc. 2), is DENIED AS MOOT.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 21st day of April, 2008.

*[signature]*

UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record
             Hon. Gary R. Jones